Deputy City Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, MERRILL and DUNIWAY, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed. We find there is adequate evidence to sustain the judgment beyond a reasonable doubt.

The defendant was restricted somewhat on proof of a bad debt deduction for the year 1963. We might have had a different case if there had been a more specific offer of proof on the deduction and the proof had then been rejected.

It is ordered that the mandate go down now.

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Alfred W. BLACKMAN, Appellant.**

**No. 26185.**

United States Court of Appeals, Ninth Circuit.

Feb. 17, 1971.

Raymond E. Sutton (argued), Las Vegas, Nev., for appellant.

John P. Burke (argued), Tax Div., Johnnie M. Walters, Asst. Atty. Gen., Tax Div., Washington, D. C., Bart M. Schouweiler, U. S. Atty., Las Vegas, Nev., for appellee.

Before CHAMBERS, Circuit Judge, MADDEN, Judge of the United States Court of Claims, and DUNIWAY, Circuit Judge.

**CALLANAN ROAD IMPROVEMENT COMPANY, Plaintiff-Appellee,**

v.

**CAYUGA CONSTRUCTION CORPORATION, Defendant-Appellant.**

**No. 201, Docket 33050.**

United States Court of Appeals, Second Circuit.

Argued Nov. 12, 1970.

Decided Dec. 21, 1970.

Martin J. McHugh, New York City (McHugh, Heckman, Smith & Leonard, New York City, on the brief), for plaintiff-appellee.

Emil V. Pilz, New York City (Jarvis & Pilz, New York City, on the brief), for defendant-appellant.

Before SMITH, HAYS, Circuit Judges, and LEVET, District Judge.*

PER CURIAM:

Affirmed substantially upon the opinion of Judge McLean, 321 F.Supp. 1317.

* United States District Court for the Southern District of New York, sitting by designation.